UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA :

     v. : MAGISTRATE NO. 98-104-M

FRANCIS SANTOS

O R D E R

AND NOW, this 27th day of December, 2018, upon consideration of the within Motion, it is hereby

ORDERED

that the Complaint and Warrant charging the defendant with a violation of Title 18, United States Code, Section 1073 be and the same is hereby dismissed.

                                        BY THE COURT

                                        *Carol Sandra Moore Wells*
                                        UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA :

    v. : MAGISTRATE NO. 98-104-M

FRANCIS SANTOS

## MOTION TO DISMISS COMPLAINT AND WARRANT

The United States of America, by its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and David Joanson, a Special Assistant United States Attorney for the District, respectfully moves this Court to dismiss the Complaint and Warrant in the above entitled case and in support of this Motion avers:

    1. On February 3, 1998, an arrest warrant, charging defendant FRANCIS SANTOS with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073, was issued by the Honorable Charles B. Smith, United States Magistrate Judge, Eastern District of Pennsylvania.

2. Following an exhaustive manhunt for the fugitive, SANTOS, he continues to elude authorities. Due to other investigative priorities, the Federal Bureau of Investigation will be closing their fugitive investigation into locating SANTOS and as such, the Government is dismissing the Unlawful Flight to Avoid Prosecution warrant.

Respectfully submitted,

William M. McSwain
United States Attorney

David Joanson
Special Assistant United States Attorney